# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Denia Rocio Lugo-Barreras**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**21-04783MJ** |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about November 11, 2021, in the District of Arizona, **Denia Rocio Lugo-Barreras**, knowing and in reckless disregard of the fact that certain illegal aliens, including Ruben Sabino Cruz-Martinez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and during and in relation to which the defendant placed in jeopardy the life of, any person, in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 11, 2021, Border Patrol Agents (BPAs) working checkpoint duties at the immigration checkpoint located on Interstate 19 (I-19) near Amado, Arizona encountered **Denia Rocio LUGO-Barreras** as the driver of a white 2010 Chevrolet Cruze. As **LUGO** approached the primary inspection area, a BP canine began a free air sniff of the vehicle. The BP canine alerted to an odor it is trained to detect emanating from the trunk area of the vehicle as well as the rear driver side door. BPAs also noted that **LUGO** was exhibiting nervous behavior while being questioned by the primary BPA. BPAs asked **LUGO** to open the trunk of the vehicle to which **LUGO** complied and placed the vehicle in park and unlocked the trunk. Upon opening the trunk, BPAs observed three individuals, to include Ruben Sabino Cruz-Martinez, laying inside. The individuals in the trunk were later determined to be nationals and citizens of Mexico without the proper documentation to enter, pass through or remain in the United States legally.

Material witness Ruben Sabino Cruz-Martinez stated he made the arrangements to be smuggled into the United States and was to pay $7,000 in smuggling fees to be smuggled to Chicago, Illinois. Cruz stated he crossed the border with the two other subjects he was arrested with. Cruz stated they hiked north, guided by a foot guide, until they arrived at a house surrounded by dirt roads. Cruz stated a white sedan was already parked there and the female driver from the sedan walked over to them and asked them if they needed a ride. Cruz stated the female driver opened the trunk and told them to get inside and never described to them how to exit the trunk in case of an emergency. Records checks revealed that Cruz does not have the proper documentation to allow him to enter, pass through or remain in the United States legally.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Ruben Sabino Cruz-Martinez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Maria S. Aguilera/* | DATE<br>November 12, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54